Certificate Number: 03461-PAE-CC-011245154



03461-PAE-CC-011245154

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 8, 2010, at 5:24 o'clock PM EDT, Brett A Lader received from Consumer Credit Counseling Service of Delaware Valley, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 8, 2010         By:     /s/James Davis

                           Name:   James Davis

                           Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).